UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FLORANA RODRIGUEZ,**
    **Plaintiff,**

v.                                       CASE NO.: 8:15-cv-02601-JSM-TBM

**DFS SERVICES, LLC,**
    **Defendant.**
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on May 27, 2016, attended by Gus M. Centrone, Esq., Brian L. Shrader, Esq., Ms. Florana Rodriguez, Jacqueline A. Simms-Petredis, Esq., Simon Auerbach, Esq. and Mr. Chad Davis, resulted in a complete settlement.

### Certificate of Service

I hereby certify that on May 29, 2016 by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court and served true copies of this notice upon the following:

| | |
|---|---|
| Gus M. Centrone, Esq. | Jacqueline A. Simms-Petredis, Esq. |
| Brian L. Shrader, Esq. | Fax: (813) 357-3534 |
| Fax: (813) 336-0832 | |

_____
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM