UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORANA RODRIGUEZ,

    Plaintiff,                                      CASE NO.:  8:15-cv-02601-JSM-TBM

v.

DFS SERVICES, LLC,

    Defendant.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to Discover Products Inc., incorrectly named in the complaint as DFS Services, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.

Dated:  June 9, 2016                            Respectfully Submitted,

| **CENTRONE & SHRADER, PLLC** | **BURR & FOREMAN, LLP** |
|---|---|
| 612 W. Bay Street | 201 N. Franklin St., Suite 3200 |
| Tampa, Florida 33606 | Tampa, FL  33602 |
| Phone:  (813) 360-1529 | Phone: (813) 221-2626 |
| Fax:     (813) 336-0832 | Fax:    (813) 357-3534 |
| /s/ Gus M. Centrone | /s/ Jacqueline Simms-Petredis |
| **GUS M. CENTRONE, ESQ.** | **JACQUELINE SIMMS-PETREDIS, ESQ.** |
| Florida Bar No. 30151 | Florida Bar No. 906751 |
| e-mail: gcentrone@centroneshrader.com | e-mail: jsimms-petredis@burr.com |
| **BRIAN L. SHRADER, ESQ.** | Attorney for Defendant |
| Florida Bar No. 57251 | |
| e-mail: bshrader@centroneshrader.com | |
| Attorneys for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2016, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

    /s/ Gus M. Centrone
**GUS M. CENTRONE, ESQ.**

27629157 v1